**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## CLARIFICATION ORDER

Appellate case name:     In re The Park Square Co-Owners Association and Stephen Russell

Appellate case number:     01-20-00318-CV

Trial court case number:     2020-22266

Trial court:     133rd District Court of Harris County

Relators, The Park Square Co-Owners Association and Stephen Russell, have filed a petition for a writ of mandamus challenging the entry of a temporary restraining order by the ancillary trial court. In connection with the petition for writ of mandamus, relators also filed an emergency motion for temporary relief, seeking this Court stay enforcement of the temporary restraining order. On April 14, 2020, the Court granted relators' motion, stating: "The April 9, 2020 temporary restraining order in Cause No. 2020-22266, pending in the 133rd District Court of Harris County, Texas, is stayed."

On April 16, 2020, real party in interest, Fratelli Designs, LLC, filed an emergency motion for clarification, seeking understanding of this Court's April 14, 2020 stay order.

This Court's April 14, 2020 stay order, which stayed the enforcement of the April 9, 2020 temporary restraining order, does not prevent the parties and the trial court from holding a hearing on the application for a temporary injunction, engaging in expedited discovery as permitted in the trial court's April 9, 2020 order, or participating in mediation related to this dispute.

We dismiss real party in interest's emergency motion for clarification as moot. Any response to the petition for writ of mandamus from real party in interest remains due 20 days from the date of this Court's April 14, 2020 stay order.

It is so ORDERED.

Judge's signature: /s/ Evelyn Keyes
                ☑ Acting individually     ☐ Acting for the Court

Date: April 17, 2020